■ ANNA F. COSTANTINO, Respondent, v THOMAS COSTANTINO, Appellant. [639 NYS2d 936]

The court did not improvidently exercise its discretion in awarding the wife counsel fees and disbursements, the amounts of which the husband did not challenge (see, Domestic Relations Law § 238; Merzon v Merzon, 210 AD2d 462; Feldman v Feldman, 194 AD2d 207; see also, Beal v Beal, 196 AD2d 471; Mancuso v Mancuso, 178 AD2d 584). Bracken, J. P., Sullivan, Santucci and Krausman, JJ., concur.